# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| **RONALD PRIOR** | : | |
| | : | |
| **PLAINTIFF** | : | Civil Action No. 3:15CV-00831-GNS |
| v. | : | JUDGE GREG N. STIVERS |
| | : | |
| **EQUIFAX INFORMATION SERVICES, LLC** | : | |
| | : | |
| **DEFENDANT** | : | |

## ORDER

On the Court's own motion,

**IT IS HEREBY ORDERED** that the Plaintiff shall file with the Court a **status report on or before May 24, 2016.** Plaintiff shall indicate whether settlement has been reached in the above-referenced matter and if not, what action needs to be taken to prepare this case for final disposition.

**Greg N. Stivers, Judge**
**United States District Court**

May 2, 2016

Copies to:  Counsel of record