# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | | |
|---|---|---|---|
| Ronald Prior | ) | | |
| *Plaintiff* | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:15-cv-00831-GNS |
| | ) | | |
| Equifax Information Services, LLC | ) | | |
| *Defendant* | ) | | |
| | ) | | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice that he is dismissing with prejudice his claims against Defendant Equifax Information Services, LLC.

Respectfully Submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Ronald Prior*